# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHAD ESTUS,

Appellant,

vs.

HEATHER ESTUS, N/K/A HEATHER RAMIREZ,

Respondent.

No. 78628

FILED

AUG 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Mathew Harter, District Judge
Vegas West Attorneys
Heather Estus
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-33974